AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

FILED
United States District Court
Albuquerque, New Mexico
Erik Paltrow
Clerk of Court

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
1740 Potomac Rd SW
Albuquerque, NM 87105

Case No. MR 26-1828

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Brown house with large front yard enclosed by adobe wall. Two black gates on the east and west end. Brown front door on north end of property. To include all detached moveable or immovable structures and vehicles.

located in the ____________ District of New Mexico, there is now concealed *(identify the person or describe the property to be seized)*:
Black Zro Delta AR platform rifle with Serial Number ZAR23163.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 922(a)(6) | False statement during the purchase of a firearm. |
| 18 USC 1623 | False declarations under oath in proceedings before or ancillary to any federal court or grand jury. |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* __________ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

[signature]
*Applicant's signature*

N. Lowe- Narcotics Detective
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
______________________ *(specify reliable electronic means)*.

Date: September 3, 2026

[signature]
*Judge's signature*

City and state: Albuquerque, NM

Steven C. Yarbrough, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br>**1740 Potomac Rd SW**<br>**Albuquerque, NM 87105** | Case No. ____________________ |

**AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE**

I, Nikki Lowe, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND DETECTIVE BACKGROUND**

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the premises known as **1740 Potomac Rd SW Albuquerque, NM 87105**, hereinafter "PREMISES," further described in Attachment A, for the things described in Attachment B.

2. The affiant is a Narcotics Detective for the Isleta Pueblo Police Department (IPD) and has been so employed by IPD since January of 2024. My duties include investigations of tribal, state and federal violations, which include narcotics crimes, firearms crimes, false and fraudulent use of identification documents, immigration law crimes. Affiant is also a Task Force Officer with Homeland Security Investigations (HSI). Prior to joining the Isleta Police Department, Affiant served as a Federal Police Officer with the Bureau of Indian Affairs from December 2018 through July 2023.

3. The affiant successfully completed thirteen weeks of Basic Police Officer Training Academy in Artesia, New Mexico with the Indian Police Academy at the Federal Law Enforcement Training Center (FLETC). In addition, the affiant completed two weeks of a basic

narcotics investigations course to include criminal behavior, firearms, surveillance, tactical follows, and managing confidential sources at the Midwest Counterdrug Training Center at Camp Dodge in Johnston, IA.

4. As a prior BIA police officer and current commissioned Special Law Enforcement Officer through BIA DOJ and HSI Task Force Officer, your affiant has received extensive training and practical experience pertaining to tribal, state and federal criminal procedures and statutes. Affiant has participated in numerous criminal investigations, which had led to the arrest and conviction of person(s) in violation of the New Mexico state statutes and Isleta tribal law. Affiant has received both classroom and on-the-job training concerning different types of criminal investigation to include possession of controlled substances, trafficking of controlled substances with intent to distribute, violent crimes, violent crimes in Indian Country, property crimes, and crimes relating to domestic violence, sexual related criminal acts, crime scene processing and investigation. Affiant also has experience and training in the investigation of criminal acts involving weapons and vehicles and crimes involving acts against another in which intimidation or coercion is used in lieu of the application of force. Affiant also has experience and training in investigating crimes against persons and property investigations to include burglaries, robberies, fraud, larceny and criminal sexual assaults.

5. The following information relating to the investigation of Sierra Judy Baca (YOB: 2007 and hereinafter referred to as “Sierra Baca”) is personally known to the Affiant based on her own investigation, training and experience, review of investigative reports, and/or has been related to the Affiant by other individuals, including law enforcement officers involved in the investigation whom the Affiant believes to be reliable. Based on the following information, there is probable cause to believe that SIERRA BACA did knowingly make false statements in the

acquisition of a firearm in order to deceive the dealer as to a material fact during the sale or purchase of firearm, and also did make false declarations before a grand jury or court, in violation respectively of 18 U.S.C. § 922(a)(6) and 18 U.S.C. § 1623.

6. Based on the following I make this affidavit based upon my own personal knowledge, which is substantially derived from my participation in the investigation, as well as that of fellow agents and officers who have participated in the investigation. In addition, I have developed information I believe to be reliable from additional sources including:

a. Information provided by the Albuquerque Police Department Gang Division received directly or indirectly from said investigators;

b. Results of physical surveillance conducted by agents during the investigation;

c. Information derived from lawfully intercepted telephone conversations and text messages;

d. A review of driver's license and automobile registration records;

e. Records from the National Crime Information Center ("NCIC").

7. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

**PROBABLE CAUSE**

8. On January 15, 2026, I, Narcotics Detective N. Lowe with the Isleta Police Department, was requested to sit in on a preliminary and detention hearing at the District of New Mexico courthouse. The hearings were for Sierra Baca's boyfriend, Bonifacio Silva, who was charged and incarcerated for the separate crime of second-degree murder of Sierra Baca's uncle. The firearm that Bonifacio Silva used in the homicide was a handgun and a different firearm than the one Sierra Baca purchased for Bonifacio Silva. See *United States v. Bonifacio Silva, No. 26-cr-0497 KWR.* I was

requested to sit in on the court hearing because Sierra Baca and Bonifacio Silva were also people of interest in a shooting at an occupied dwelling that took place on June 18, 2025, on the Isleta Pueblo.

9. The shooting at an occupied dwelling was on June 18, 2025, at 27 Tribal Rd 28, Bosque Farms, NM 87068 on the Isleta Pueblo in Valencia County where 22 rounds were fired at the home, and 22 rounds entered the home. Law enforcement with Isleta Pueblo retrieved 22 5.56 caliber ammunition shell casings from the road directly adjacent to the house and collected the casings for evidence. According to Terrance Harris, on June 12, 2025, Bonifacio Silva and Terrance Harris were involved in a verbal altercation at the Isleta Recreation Center. That same day of June 12, 2025, there were argumentative Facebook messages between the two where Terrance Harris' last message to Bonifacio Silva is "an btw I fucked your bitch to" followed with two laughing face emoji's. Terrance Harris stated he believes that Sierra Baca's boyfriend, "Boni", was the one who shot at the house. Boni is a nickname used for Bonifacio Silva. The statements were recorded on body worn camera.

10. Upon information and belief, Sierra Baca and Bonifacio Silva have known each other since the year 2019 and are currently in a dating relationship since 2023. The two of them also have a child together.

11. While present in court for Bonifacio Silva's preliminary hearing on the murder charge, I saw Sierra Baca called to testify and she was asked whether she had ever seen Bonifacio Silva in possession of firearms. Sierra Baca stated under oath that she had not, and that she had only seen Bonifacio Silva in possession of one firearm, which she claimed was purchased by her and belonged to her. Sierra Baca described the firearm as an AR-15 rifle. This statement drew my attention because the suspected weapon used in the shooting of an occupied dwelling was an AR-15 style rifle utilizing 5.56 caliber ammunition in which Bonifacio Silva and Sierra Baca were persons of interest.

12. After the hearing, I contacted Federal Bureau of Investigation (FBI) Special Agent Adam Barragan and advised him of the investigation into a shooting at an occupied dwelling and that Sierra Baca and Bonifacio Silva were persons of interest. SA Barragan informed me that Sierra Baca had provided consent for the FBI to search her cellular phone on January 9, 2026. A forensic extraction of the phone was conducted, and SA Barragan subsequently shared the extracted data with Detective Thain. Detective Thain later provided me with a USB drive containing portions of the extraction, including text messages and photographs. I reviewed all materials provided.

13. Following Sierra Baca's testimony, Detective P. Thain obtained a search warrant for Sierra Baca's bedroom, which she shared with Bonifacio Silva at her grandparents' residence on the Isleta Pueblo (location of the homicide for which Silva is charged). Upon executing that search warrant on January 15, 2026, Detectives observed multiple photos of Sierra Baca and Bonifacio Silva with Bonifacio Silva in possession of a brown Glock handgun. Therefore, her statement under oath that she had not seen Bonifacio Silva in possession of any other firearms was false. She had been around Bonifacio Silva while he was in possession of another firearm, a brown Glock handgun, multiple times prior to the homicide. Upon reviewing cell phone extraction photographs, I observed Bonifacio Silva discharging this handgun at the Isleta Pueblo community shooting range. Based on training and experience I recognize the firearm in the photographs to be using live ammunition.



14. The first two photographs with time stamps were obtained from Sierra Baca's cell phone (provided by FBI Special Agent A. Barragan) and the following two are photographs of photographs of her room pursuant to the search warrant:










15. After thorough investigation into the timeline of Sierra Baca and Bonifacio Silva, I observed multiple text messages, as discussed in more detail below, between the two of them discussing Sierra Baca buying an AR15 for Bonifacio Silva. The text messages primarily consist of Bonifacio Silva directing Sierra Baca's efforts to locate and purchase a firearm on his behalf. The text

messages are discussed and shown below. Bonifacio Silva also instructed Sierra Baca to not say anything about buying the gun for someone else in the text messages on April 25, 2025.

16. Sierra Baca had knowledge of Bonifacio Silva being on felony juvenile probation out of Hillsboro, Oregon. (Sierra Baca's knowledge of Bonifacio Silva being on probation was confirmed through text messages on February 28, 2025. That message is as follows: Sierra Baca, "Why tf h ain't answering" Bonifacio Silva responds, "My po pulled up on me" Sierra Baca responds, "no he didn't." (po stands for Probation Officer).

17. The conversation, through text messages, between Sierra Baca and Bonifacio Silva occurs at least in part while Bonifacio Silva is on a Greyhound bus from Hillsboro, Oregon to Albuquerque, New Mexico. The extraction did not get most of Sierra Baca's text responses. The recovered text message exchange about the firearm begins on April 25, 2025, at 3:17 pm as follows:

- Bonifacio Silva- When I get to Sacramento we're gonna call different gun stores to see if they got anything in stock.
- Bonifacio Silva- So hopefully your home by then
- Sierra Baca- Yes, I should be
- Bonifacio Silva- Whenever you get home you needa call the gun store.
- Bonifacio Silva- There's this one spot kinda towards rio. Called calibers.
- Bonifacio Silva- Just say that you need to ask them a question and then after you tell them that there going to tell you to ask it and then your going to ask them you were wondering if they have any diamond back db 15 s.
- Bonifacio Silva- And then your going to ask them what models they have and the price range on each model.
- Bonifacio Silva- In stock

- Bonifacio Silva- Do you guys have any diamond back db 15s in stock
- Bonifacio Silva- And no don't tell them that bcuz then your husband will need to be there.
- Bonifacio Silva- So this is specifically for you.
- Bonifacio Silva- Hurry up we don't got uptime to waste.
- Sierra Baca- 3 o 8 in stock
- Bonifacio Silva- If that all the only he has just say ok thank you for you time.
- Bonifacio Silva- Not what we're looking for.
- Bonifacio Silva- Call the other place.
- Sierra Baca- db 10 model 1039.99
- Bonifacio Silva- Hurry up
- Bonifacio Silva- Ask them what other Ars they have in stock
- Bonifacio Silva- If they don't
- Sierra Baca- Okay
- Sierra Baca- Write them down
- Sierra Baca- Hurry
- Bonifacio Silva- We're going to have to call another store.
- Bonifacio Silva- Just look up gun stores in Abq
- Bonifacio Silva- We could but it's too much of a risk
- Bonifacia Silva- Half the guns off the streets aren't even reliable
- Bonifacio Silva- Well yeah but that's just the thing I don't really want any body knowing I'm down here
- Bonifacio Silva- Look up bmc tactical

- Bonifacio Silva- And call them
- Bonifacio Silva- Bmc tactical
- Bonifacio Silva- And if they make sure you ask them what other Ars they have in stock
- Sierra Baca- Zro
- Bonifacio Silva- Ask him what round it's chambered in
- Bonifacio Silva- Let me do my research hold up
- Bonifacio Silva- I think that's perfect
- Bonifacio Silva- And your getting it for the lo so that's perfect feel
- Bonifacio Silva- Deal
- Bonifacio Silva- You can't go in today?
- Bonifacio Silva- So that the background check will be done sooner?
- Sierra Baca- It's closes soon
- Bonifacio Silva- I told you to have it on you
- Bonifacio Silva- Smh
- Bonifacio Silva- Not the background checks not going to be done by Tha time that I get out there
- Bonifacio Silva- Fuck bro.
- Bonifacio Silva- Well no fuck shit
- Bonifacio Silva- It can take anywhere from 2 days to a week
- Bonifacio Silva- That's why I wanted you to do it sooner
- Bonifacio Silva- You can still make it
- Bonifacio Silva- To the store

- Bonifacio Silva- All you need to do is pull 500
- Bonifacio Silva- That's why I've been fuckning tellin you so fuckn much
- Bonifacio Silva- But no your so fuckn worried bout your auntie
- Bonifacio Silva- It's all good just leave it
- Bonifacio Silva- Ok but we can still speed up the process by a day
- Bonifacio Silva- Just fuckn leave it atp
- Sierra Baca- smh
- Sierra Baca- I'm trying
- Bonifacio Silva- Bcus I'm gonna be out there with nothing like a motherfuckn bird waiting to get popped out the mf air
- Bonifacio Silva- This is exactly what I didnt want to happen
- Bonifacio Silva- I've been fuckn trying
- Bonifacio Silva- Bro it's common fuckn since
- Bonifacio Silva- Ok but in this situation I'm not round that you don't know
- Bonifacio Silva- Bcuz now who knows how long I'm gonna be without it
- Bonifacio Silva- He's going to tell you that background check is going take any where from 2 days up to a week
- Bonifacio Silva- Your just going to have to go in the morning and secure the deal before somebody else does and I guess we will just figure something las as low as we possibly can
- Bonifacio Silva- Don't getting her all worried
- Bonifacio Silva- I don't want her to think I'm putting you in harms way

18. Messages about the rifle stop on April 25, 2025, at 5:21pm.

19. The same day Sierra Baca posted the following photo on her Snapchat of two thousand dollars in 100-dollar bills with the caption of "Gonna buy my bewitoo a AR" Bewitoo is a nickname Sierra Baca uses for Bonifacio Silva. This photograph is significant in this investigation due to the fact that it shows her intent to purchase an AR for Bonifacio Silva. This photograph was obtained from Sierra Baca's cell phone extraction provided by the FBI.




20. Conversation regarding the rifle continues on April 26, 2025. The messages about the rifle begin again at 8:02am. Those text messages are as follows:

- Bonifacio Silva- You need you need to get your big booty up and go secure that deal
- Bonifacio Silva- I'm serious mama you need to hurry bcuz I'm boutta sleep so hardddddd
- Bonifacio Silva- Baby I'm serious buying somebody picks that deal up and I'm gonna be upset with youuu
- Bonifacio Silva- Smh
- Sierra Baca- It opens at 10
- Bonifacio Silva- Zero delta
- Bonifacio Silva- Zero delta AR 15s
- Sierra Baca- Loved "Zero delta AR 15s"

- Bonifacio Silva- : )
- Sierra Baca- *sends photo of the rifle to Bonifacio Silva
- Sierra Baca- What's the question
- Bonifacio Silva- Is there any way that I can buy flip up sights today or order with the rifle

21. That concluded the text messages about the rifle.

22. Sierra Baca purchased a ZRO Delta AR Platform Rifle from BMC Tactical from the Menaul location. On February 25, 2026, Affiant called BMC Tactical, identified myself as a Detective with Isleta Police Department and if they could give me information over the phone. The employee advised the manager, and the manager was willing to give me information. I asked if Sierra Baca had purchased any firearms from their store. The manager advised that Sierra Baca did in fact purchase a firearm from the store on April 26, 2025. I asked the manager if I could go by the store and obtain all paperwork they had for the purchase. The manager advised me that I could.

23. Upon arrival to BMC Tactical, the records were maintained by BMC Tactical in the ordinary course of business and provided directly by management. I was handed a manila envelope that contained all of Sierra Baca's paperwork to include the receipt, a copy of Sierra Baca's driver's license, and the standard ATF FORM 4473 that was signed by Sierra Baca. The ATF Form 4473 included Question 21(a): "Are you the actual transferee/buyer of all of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning: You are not the actual transferee/buyer if you are acquiring any of the firearms(s) on behalf of another person. If you are not the actual transferee/ buyer, the licensee cannot transfer any of the firearm(s) to you.** Exception: If you are picking up a repaired firearm(s) for another person, you are not required to answer 21. and may proceed to question 21.b. Sierra Baca checked the 'Yes' box."

24. Based on the communications and social media posts described above, your Affiant believes that Sierra Baca was not the actual transferee/buyer of the firearm she purchased from BMC Tactical on April 26, 2025. The text messages show that Bonifacio Silva directed Sierra Baca to contact multiple firearms dealers to inquire about the availability, models, and pricing of AR-style rifles.

25. Specifically, Silva instructed Baca on what questions to ask store employees, directed her to contact specific firearms dealers, requested information regarding the rifles available for purchase, and evaluated the responses she received. The messages further show Silva discussing the firearm purchase process, including the anticipated background check and the need to complete the purchase as soon as possible.

26. Additionally, Silva instructed Baca not to tell store employees that the firearm was for him, stating, "And no don't tell them that bcuz then your husband will need to be there. So, this is specifically for you."

27. On April 25, 2025, Baca also posted a photograph on Snapchat depicting approximately $2,000 in U.S. currency with the caption, "Gonna buy my bewitoo a AR," which your Affiant knows "bewitoo" to be a nickname she used for Silva. When considered together with Baca's subsequent purchase of a ZRO Delta AR Platform Rifle on April 26, 2025, these communications are consistent with Baca acquiring the firearm on behalf of Silva rather than herself.

28. Therefore, Sierra Baca's answer of "Yes" to Question 21(a) on ATF Form 4473 was knowingly false.

29. Upon the completion of her background investigation, Sierra Baca, on May 10, 2025, traveled to BMC Tactical Menaul and took possession of a ZRO Delta Ready Series 223Wylde 30+1 16' Threaded M- LOK adj Stock- 811069027491 with a Serial Number of ZAR23163.

30. On May 28, 2025, Bonifacio Silva is observed by the Affiant in multiple photographs with the rifle from the cell phone extraction provided by FBI. Below are some of those photos:








Affiant further notes that the text messages show Bonifacio Silva selecting the firearm as follows:

- Sierra Baca- Zro
- Bonifacio Silva- Ask him what round it's chambered in

- Bonifacio Silva- Let me do my research hold up
- Bonifacio Silva- I think that's perfect
- Bonifacio Silva- And your getting it for the lo so that's perfect feel
- Bonifacio Silva- Deal

31. Bonifacio Silva directed Sierra Baca how to communicate with firearms dealers, instructed her regarding the firearm purchase process, discussed with her the anticipated background check, and instructed her not to disclose that the firearm was being acquired for another person. Text messages are as follows:

- Bonifacio Silva- Just say that you need to ask them a question and then after you tell them that there going to tell you to ask it and then your going to ask them you were wondering if they have any diamond back db 15 s.
- Bonifacio Silva- And then your going to ask them what models they have and the price range on each model.
- Bonifacio Silva- In stock
- Bonifacio Silva- Do you guys have any diamond back db 15s in stock
- Bonifacio Silva- And no don't tell them that bcuz then your husband will need to be there.
- Bonifacio Silva- So this is specifically for you.

32. Bonifacio Silva was later observed in possession of a rifle consistent with the rifle purchased by Sierra Baca. (Photographs in paragraph 29) Based on the totality of these circumstances, Affiant believes Sierra Baca acted as a straw purchaser on behalf of Bonifacio Silva.

33. During the course of this investigation, Affiant has not located any photographs depicting Sierra Baca in possession of the rifle. Based on my training and experience and comparison

of the photographs, the rifle depicted appears consistent with the ZRO Delta rifle purchased by Sierra Baca but with added front and rear brown flip up sights and an added brown magazine. (In the April 26, 2025, text conversation above, Bonifacio Silva asks Sierra Baca about obtaining flip-up sights for the rifle.)






34. On August 7, 2026, Sergeant Detective H. De Anda and I went to Torrence County Detention Center to interview Bonifacio Silva about him being a primary suspect in a shooting that took place in the Isleta Pueblo. The interview was terminated when Bonifacio Silva requested that his lawyer be present for questioning.

35. On August 13, 2026, jail phone calls were provided from Torrence County Detention Center to Detectives as requested and reviewed.

36. In a recorded jail phone call on August 7, 2026, Bonifacio Silva called Sierra Baca while she was on her lunch break and asked whether she had spoken with his mother. During the call, Silva repeatedly instructed Baca that if law enforcement contacted her, she should request an attorney and refrain from answering questions. This conversation occurred shortly after Sergeant Detective H. De Anda and I attempted to interview Silva regarding a shooting investigation in which Silva was identified as a primary suspect. Based on the timing of the conversation and my training and experience, I believe Silva was concerned that law enforcement contact with Baca could result in investigators obtaining information relevant to the investigation. I further believe Silva's statements demonstrate an effort to discourage Baca from speaking with investigators regarding matters known to both Silva and Baca.

- Bonifacio Silva- “The Sergeant has reason to believe that I’m the primary suspect.”
- Sierra Baca- “Who does? Or he does or he does?”
- Bonifacio Silva- “Yeah he does.”
- Sierra Baca- “But who does?!”
- Bonifacio Silva- "He, the fuckin uhh..”
- Sierra Baca- “Who is he?”
- Bonifacio Silva- “The Detective!”
- Sierra Baca- “The person’s house or, or ok the detective? The fuck?!”

37. On August 9, 2026, during a jail phone call to Sierra Baca, when Sierra Baca is at McDonald’s they discussed the following:

- Bonifacio Silva- “Speaking of fast food, umm can you hear me?
- Sierra Baca- “Yeah.”
- Bonifacio Silva- “Speaking of fast food umm, those umm, those, those fuckin antique chopsticks that we had got from panda, umm are they still where there, where you last left them?”
- Sierra Baca- “Umm yeah but I wanted to get rid of them cause I’m not really doing anything, I don’t eat with them anyways you know?” “They’re, they’re worth a lot of money that’s why so, that’s what my dad was saying, so I was thinking about just selling them. He’s been putting some stuff on Market Place too but umm his stuff has been getting taken down because he’s been selling some like caveman stuff or whatever… Shit my Auntie’s calling.”
- Conversation continues about people calling Sierra Baca.
- Bonifacio Silva- “But I don’t know, I don’t think it’s a, can you hear me or no?
- Sierra Baca- “Yeah I can hear you.”
- Bonifacio Silva- “Well I don’t think it’s uhh good idea for you to sell them just yet, if anything just wait.”
- Sierra Baca- “Yeah maybe I can sell ‘em in Oregon for uh you know those rich people. I don’t know it just depends, if I need the money then probably sell it out here and then (last word inaudible).”

38. Based on the totality of the investigation, including the firearm purchase, photographs of Silva possessing the rifle, recorded jail calls, and the coded conversation discussed below, Affiant believes Sierra Baca has knowledge of the current location of the rifle

that she purchased on behalf of Bonifacio Silva and possesses information regarding its concealment and disposition.

39. Sierra Baca is currently living on the Isleta Pueblo at 1010 Hummingbird Pl Albuquerque, NM. This address is the home of Juan and Emily Sandoval. Emily Sandoval being her aunt. Surveillance conducted of this residence has shown Sierra Baca's pattern of leaving for work in the mornings and returning in the evenings. Last surveillance of Sierra Baca returning to this residence was observed on August 31, 2026. Video visit calls between Sierra Baca and Bonifacio Silva have confirmed this as her residence, as Sierra Baca has stated multiple times that she is at her Auntie's. This statement was last heard through jail phone calls on August 27, 2026. I have also observed Sierra Baca's living space within 1010 Hummingbird Pl on her recorded video visits with Bonifacio Silva. A separate tribal search warrant for this residence, 1010 Hummingbird Pl, has been obtained.

40. The residence requested to be searched is 1740 Potomac Rd SW Albuquerque, NM 87105, (PREMISES), which is a home belonging to W.B., Sierra Baca's father.

41. This address is of interest due to the conversation between Sierra Baca and Bonifacio Silva that took place on August 9, 2026 through a jail phone call. The conversation is as follows:

- Bonifacio Silva- "Speaking of fast food umm, those umm, those, those fuckin antique *chopsticks* that we had got from panda, umm are they still where there, where you last left them?"
- Sierra Baca- "Umm yeah but I wanted to get rid of them cause I'm not really doing anything, I don't eat with them anyways you know?" "They're, they're worth a lot of money that's why so, that's what my *dad* was saying, so I was thinking about just

selling them. He's been putting some stuff on *Marketplace* too but umm his stuff has been getting taken down because he's been selling some like *caveman* stuff or whatever.

42. Based on Affiant's training and experience, including numerous investigations involving firearms, narcotics, and other criminal activity, Affiant has become familiar with the use of coded language and slang terminology utilized to conceal the identity of firearms, narcotics, proceeds of criminal activity, and other evidence. Affiant has encountered such coded language in interviews, electronic communications, search warrants, digital evidence extractions, and other criminal investigations.

43. This Affiant has also consulted with Albuquerque Police Department's Gang Unit, who have confirmed the utilization of street code verbiage *"Chopsticks"* and has identified this term as gang-related terminology commonly used to refer to a long gun. Albuquerque Police Department's Gang Unit advised they have become familiar with the usage of this word when it comes to individuals who operate in criminal activities.

44. Upon further review of photos from Sierra Baca's ICloud extraction, which I obtained from Apple pursuant to a search warrant through the Isleta Tribal Courts and to further my investigation of the shooting at an occupied dwelling, I observed a photo containing an item on Facebook Marketplace captioned "$20 Man Cav…". Another photo observed from Sierra Baca's ICloud extraction showed Sierra Baca's father, W.B., exiting a hidden room that blended in with the outer wall on his property. These photographs assisted Affiant in interpreting the coded references made during the conversation when referring to "chopsticks", "dad", "marketplace" and "caveman stuff." When I observed the photos, I referenced the conversation on August 9, 2026, between Sierra Baca and Bonifacio Silva to which was:

- Bonifacio Silva- "Speaking of fast food umm, those umm, those, those fuckin antique *chopsticks* that we had got from panda, umm are they still where there, where you last left them?"
- Sierra Baca- "Umm yeah but I wanted to get rid of them cause I'm not really doing anything, I don't eat with them anyways you know?" "They're, they're worth a lot of money that's why so, that's what my *dad* was saying, so I was thinking about just selling them. He's been putting some stuff on *Marketplace* too but umm his stuff has been getting taken down because he's been selling some like *caveman* stuff or whatever.






I recognized the word *chopstick* that was referenced in a text conversation on July 27, 2025, between Bonifacio Silva and another individual on an identified phone number: "What time are you going to be done eating or whatever your doing so that I can go pick my *chopstick* up bcuz I need it by tn brother if anything ill just slide for your and take your belen so that we can go for it." *Marketplace* from the photo above caught my attention due to Sierra Baca mentioning

*Marketplace* in the conversation and I looked at each item on that photograph when the last one in the left hand corner caught my attention. *$20 man cav…* After observing that I thought to myself, man cave flipped, is *caveman* in which Sierra Baca states in the conversation then a few photos after the Marketplace photo I observed W.B. climbing out of the hidden room in which I believe to be the man cave.

45. Affiant notes that the rifle had previously been discussed in coded language during recorded communications. In the August 9, 2026, jail call, Sierra Baca indicated that her father, W.B. was aware of the item's existence and value and discussed the possibility of selling it. Affiant also reviewed photographs extracted from Sierra Baca's iCloud account showing items being offered for sale through Facebook Marketplace, as well as a photograph depicting W.S. exiting a concealed room located on the Potomac Road property. GPS metadata associated with the photograph confirmed it was taken at the Potomac Road residence. Based on the totality of these facts, Affiant believes evidence related to the rifle, including the rifle itself, may reasonably be located at the Potomac Road residence.

46. Based on the totality of the investigation, Affiant believes Bonifacio Silva's inquiry regarding the "chopsticks" was a request for information concerning the current location of the rifle previously purchased by Sierra Baca. Affiant further believes Sierra Baca's response referencing "caveman stuff" was a coded reference to the concealed room located on the Potomac Road property. GPS metadata associated with photographs recovered from Sierra Baca's iCloud account identified that concealed room as being located at 1740 Potomac Road SW, Albuquerque, New Mexico.

47. Affiant believes the parties utilized coded language to conceal the true subject of their conversation. The discussion regarding the item's value, potential sale, and W.B.'s

knowledge of its existence further supports Affiant's belief that W.B. is aware of the rifle and may have access to the location where it is being stored.

48. Given the timing of the recorded calls immediately following investigators' attempt to interview Bonifacio Silva, Affiant believes there is a substantial risk that individuals with knowledge of the rifle's location may attempt to conceal, move, transfer, or dispose of the firearm. Accordingly, Affiant believes the prompt execution of the requested search warrant is necessary to prevent the loss, destruction, or transfer of evidence, and to execute this warrant at or about the same time as the warrant for the location where Sierra Baca has been staying on the Pueblo of Isleta.

## CONCLUSION

49. Based on the foregoing information, your Affiant believes there is probable cause to believe that evidence, fruits, and instrumentalities of violations of 18 U.S.C. § 922(a)(6), including the firearm identified in this affidavit, will be found at the PREMISES described herein.

50. The Affiant humbly requests that the attached search warrant be issued authorizing the search of 1740 Potomac Rd SW Albuquerque, NM 87105.

51. Assistant United States Attorney Nicholas Marshall has reviewed and approved this affidavit.

Respectfully submitted,

Nikki Lowe
Narcotics Detective
Isleta Police Department

Telephonically sworn and electronically signed on this 3rd day of September 2026.

Steve Yarbrough

Honorable Steven C. Yarbrough
United States Magistrate Judge

**ATTACHMENT A**

*Property to be searched*

The property to be searched is **1740 Potomac Rd. SW Albuquerque, New Mexico 87105**, hereinafter "PREMISES," further described as a brown house with a large front yard. The yard is enclosed by an adobe wall with two black gates entering the property. One gate is located on the northwest entrance and one on the northeast entrance. The front of the property is a dirt driveway with a wooden overhang on the front porch.





The search of the above PREMISES shall include the search of the entire residence, hidden rooms or compartment, all attached and unattached garages and storage areas/containers (including mailboxes and trash cans) on the PREMISES, and all vehicles and persons located on the PREMISES in or on which the items to be seized could be concealed.

# ATTACHMENT B

*Property to be seized*

Evidence, fruits, or instrumentalities of violations of 18 U.S.C. § 922(a)(6) and 18 U.S.C. § 1623 involving **Sierra Baca** and occurring between **June 18, 2025, to present**, specifically:

I. Property to be Seized from the PREMISES

1) ZRO Delta Ready Series 223Wylde 30+1 16' Threaded M- LOK adj Stock-811069027491 with serial number of ZAR23163.
2) Items that tend to indicate ownership or control of the PREMISES, including utility bills, rental agreements, leases, identification documents, and keys;
3) Items that tend to indicate ownership or control over any vehicles located at the PREMISES, including titles, registrations, gas receipts, repair bills, and vehicle keys;